UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IGORS SPESINSKIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VLADIMIR FELDMAN and ALVO INTERNATIONAL, INC.,<br><br>　　　　　Defendants,<br><br>　　v.<br><br>AMAZON PAYMENTS, INC.,<br><br>　　　　　Garnishee-Defendant. | NO. MC22-0009RSL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |

**Summary**

| | |
|---|---|
| Judgment Creditor: | Igors Spesinskis |
| Judgment Debtors: | Vladimir Feldman and Alvo International, Inc. |
| Garnishee-Defendant: | Amazon Payments, Inc. |
| Garnishment Judgment Amount: | $46,838.49 |
| Attorneys' Fees: | $797.50 |
| Costs: | $74.88 |
| Attorneys for Judgment Creditor: | Pivotal Law Group, PLLC |

THIS MATTER coming on for consideration upon the application of Judgment Creditor for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

its answer herein stating that it holds funds of the Judgment Debtors, Vladimir Feldman and Alvo International, Inc., in the sum of $46,838.49; that Judgment Creditor has judgment unsatisfied against the Judgment Debtors in an amount greater than what is being held by the Garnishee-Defendant; that Judgment Creditor incurred attorney's fees in the amount of $797.50, and costs in the amount of $74.88 in the above-captioned matter;[1] that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtors either by personal service or by Certified mail, is on file herein now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $46,838.49, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by the Garnishee of the aforementioned sum to the registry of this Court, the Garnishee shall be automatically discharged from this action.

3. Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $46,838.49, plus all accrued interest, minus any statutory user fees, payable to Igors Spesinskis., and mail or deliver the check to Pivotal Law Group, PLLC, ATTN: Christopher L. Thayer, IBM Building, Suite 1217, 1200 Fifth Avenue, Seattle, 98101.

---

[1] Fees and costs incurred in an earlier garnishment proceeding wherein the Garnishee also disclosed that it was holding $46,838.49 that was due and owing the Judgment Debtors (MC21-0118RSL, Dkt. # 8) are not recoverable in this proceeding.

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

4. Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendants/Judgment Debtors.

5. The Clerk of Court is directed to terminate MC21-0118RSL as duplicative of the above-captioned matter.

Dated this 13th day of May, 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3